UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILFRED GUY, SR.**                                                                                        **CIVIL ACTION**

**VERSUS**                                                                                                      **No. 13-5730**

**BESSIE CARTER ET AL.**                                                                              **SECTION I**

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the objection[2] by plaintiff, Wilfred Guy, Sr., which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that plaintiff's motion[3] for leave to file an amended complaint is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion[4] to appoint counsel is **DENIED**.

New Orleans, Louisiana, February 19, 2014.

                                                                                           _____
                                                                                                       LANCE M. AFRICK
                                                                                           UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 20.

[2] R. Doc. No. 22.

[3] R. Doc. No. 22.

[4] R. Doc. No. 21.